**Thomas J. NORSWORTHY, Appellant,**

v.

**MISSOURI DEPARTMENT
OF CORRECTIONS,
Respondent.**

**No. WD 61883.**

Missouri Court of Appeals,
Western District.

June 17, 2003.

Thomas J. Norsworthy, Jefferson City, MO, Appellant Pro Se.

John M. Morris, III, Jefferson City, MO, for Respondent.

Before ROBERT G. ULRICH, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Thomas J. Norsworthy appeals from the judgment of the trial court, which dismissed his Petition for Declaratory Judgment. For the reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).